**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 10, 2018

SO ORDERED:

[signature] 5/11/18

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
40 Foley Square
New York, New York 10007

    Re:   *The New York Times Company and Matt Apuzzo v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*
           Docket No. 17-cv-2144 (AJN)

Dear Judge Nathan:

    Defendant Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") writes respectfully to provide the Court with a status update on ATF's processing of documents in response to the FOIA requests submitted by plaintiffs The New York Times Company and Matt Apuzzo ("Plaintiffs") and to seek permission to submit a further status report to the Court on or before May 22, 2018.

    As set forth in ATF's April 6, 2018 status report, ATF applied additional search terms provided by Plaintiffs to certain documents potentially responsive to Plaintiffs' FOIA requests and did not locate any documents containing those terms. Per Plaintiffs' request, ATF then considered whether it had any other categories of documents that may contain those search terms and determined that it did not. Thereafter, the parties began to discuss the possibility of resolving this case. In an effort to facilitate that discussion, ATF provided Plaintiffs with a letter earlier today summarizing ATF's efforts to identify documents potentially responsive to Plaintiffs' requests and the results of those efforts. After Plaintiffs have had an opportunity to review that letter, the parties will further confer in an effort to resolve this matter. Based on the foregoing, the parties respectfully request permission to submit a further status update to the Court on or before May 22, 2018.

] SO ORDERED.

    Thank you for your attention to this matter.

Page 2

        Respectfully,

        GEOFFREY S. BERMAN
        United States Attorney for the
        Southern District of New York

By: /s/ Christine S. Poscablo
     CHRISTINE S. POSCABLO
     Assistant United States Attorney
     (212) 637-2674
     christine.poscablo@usdoj.gov
     *Attorney for Defendant*

cc: David E. McCraw
    Christina Koningisor